[No. 73336-2-I.  Division One.  September 26, 2016.]

JEAN MARIE BARTON ET AL., *Appellants*, v. JP MORGAN CHASE BANK, NA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-12762-6, Mary E. Roberts, J., entered March 3, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Spearman, JJ.

[No. 73363-0-I.  Division One.  September 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. OTIS BRYANT, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-05869-8, Dean Scott Lum, J., entered April 10, 2015. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Trickey, A.C.J., and Spearman, J.

[Nos. 73413-0-I; 73592-6-I.  Division One.  September 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. ABDIHAKIM A. MOHAMED, *Defendant*, ALI ABDI ALI ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 14-1-06365-9, Tanya Thorp, J., entered April 23, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Trickey, A.C.J., and Cox, J.

[No. 73519-5-I.  Division One.  September 26, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON LARONE THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-06160-5, Timothy A. Bradshaw, J., entered May 22, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Trickey, A.C.J., and Cox, J.